```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
    KRISTINA NACAJ,

                              Plaintiff,          1:21-cv-09842-GHW

                -against-                      ORDER

    JASON C. PEAVY, TRANS-PORTE, INC., and US
    FOODS, INC.,

                          Defendants.
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       This action was removed from the Supreme Court of the State of New York, County of Bronx, on November 23, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 7, 2021. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: November 24, 2021
New York, New York
                                                     GREGORY H. WOODS
                                               United States District Judge