```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
KRISTINA NACAJ, :
:
                              Plaintiff, :    1:21-cv-09842-GHW
:
              -against-         :    ORDER
:
JASON C. PEAVY, TRANS-PORTE, INC., and US :
FOODS, INC., :
:
                              Defendants. :
:
——————————————————————————————X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on June 8, 2022, the parties' request for an extension of time to complete discovery, Dkt. No. 12, is granted. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by June 24, 2022. Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by June 10, 2022. The deadline for the completion of all fact discovery is extended to July 11, 2022. The deadline for the completion of all expert discovery is extended to November 28, 2022. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by October 10, 2022. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by October 24, 2022. The deadline for submission of motions for summary judgment, if any, is extended to December 5, 2022. The status conference scheduled for July 29, 2022 is adjourned to December 15, 2022 at 4:30 p.m. The joint status letter requested in the case management plan and scheduling order entered on January 25, 2022, Dkt. No. 10, is due no later than December 8, 2022. Except as expressly modified by this order, the case management plan

entered by the Court on January 25, 2022, Dkt. No. 10, remains in full force and effect.

    SO ORDERED.

Dated: June 8, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge